UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JASMINE SHANTE JOHNSON,

                Plaintiff,                **ORDER**

  -against-                         23-cv-5858 (NSR) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    By Order dated July 11, 2023, this case was referred to the undersigned by the Honorable Nelson S. Román for a Report and Recommendation. ECF No. 6.

    To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the undersigned.

    If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, by no later than **December 4, 2023**, file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a blank version of which is available at https://nysd.uscourts.gov/hon-andrew-e-krause. If the court approves that form, all further proceedings will then be conducted before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

    If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, defendant's counsel must file a letter by no later than **December 4, 2023** advising the Court that the parties do not consent, **but without disclosing the identity of the**

**party or parties who do not consent**. **The parties are free to withhold consent without negative consequences.**

Dated: November 21, 2023
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge